UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

APRIL HENRY,                                  :
                                              :
                                              :
                Plaintiff,                    :
                                              :        25-CV-8380 (JMF)
                                              :
        -v-                                   :
                                              :        ORDER
                                              :
DALEY ANZLEY et al,                           :
                                              :
                Defendants.                   :
                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's October 27, 2025 Order, ECF No. 12, the parties were required to file a joint letter on settlement, the contents of which are described therein, no later than January 8, 2026.  To date, the parties have not filed this letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 19, 2026**.  Failure to file the letter by that deadline may result in sanctions.

        SO ORDERED.

Dated: January 12, 2026
        New York, New York                    _____
                                                      JESSE M. FURMAN
                                                  United States District Judge