UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

APRIL HENRY,                         :

               Plaintiff,       :          25-CV-8380 (JMF)

                         :

     -v-                     :          ORDER

                         :

DALEY ANZLEY et al,            :

                         :

              Defendant.     :

                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per the Case Management Plan and Scheduling Order ("CMP"), ECF No. 12, counsel should submit their joint status letter on ECF no later than the Thursday prior to the upcoming pretrial conference.

      The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join it by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: April 6, 2026
      New York, New York                                  

                                    JESSE M. FURMAN
                                  United States District Judge