UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                     :

APRIL HENRY,                            :

                 Plaintiff,          :

                                       :          25-CV-8380 (JMF)

     -v-                         :

                                       :            ORDER

DALEY ANZLEY et al,                :

                                       :

                 Defendant.       :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Case Management Plan and Scheduling Order, ECF No. 12, the parties were required to file a joint status letter, the contents of which are described therein, no later than the Thursday prior to the upcoming pretrial conference — **that is, no later than yesterday, April 9, 2026.** To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 13, 2026 at 3:00 p.m.**. Failure to file that letter by that deadline may result in sanctions.

       SO ORDERED.

Dated: April 10, 2026
      New York, New York                         JESSE M. FURMAN
                                       United States District Judge