UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

APRIL HENRY,

Plaintiff,

-v-

DALEY ANZLEY et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-8380 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deadline for expert discovery is hereby EXTENDED to **August 31, 2026**. No further extensions will be granted — unless, as noted, the expert witness' schedules require an extension.

- **No later than August 19, 2026**, the parties shall file a joint letter proposing a briefing schedule for their intended summary judgment motions as well as any *Daubert* motions. As discussed, the summary judgment briefing schedule should aim to minimize duplicative briefing.

SO ORDERED.

Dated: August 5, 2026
New York, New York

JESSE M. FURMAN
United States District Judge