UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

APRIL HENRY,

Plaintiff,

-v-

DALEY ANZLEY et al.,

Defendants.

---------------------------------------------------------------------- X

25-CV-8380 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 5, 2026 Order, ECF No. 29, the parties were required to file a joint letter, the contents of which are described therein, no later than August 19, 2026. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 26, 2026**. Failure to file the joint letter by that deadline may result in sanctions.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge